IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOLLY ELDRIDGE-HALL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H – 04 – 913 |
| § | |
| CITY OF HOUSTON, § | |
| § | |
| Defendant. § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for Defendant.  *See* Fed. R. Civ. P. 58(a).

IT IS SO ORDERED.

SIGNED this 16th day of May, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**